IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 3:06cr187 |
| vs. | ) | |
| | ) | |
| PATRICIA PAULA CORBETT | ) | |
| | | |
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 3:06cr51 |
| vs. | ) | |
| | ) | |
| MIKE LAMPKIN | ) | |
| | | |
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 2:06cr16 |
| vs. | ) | |
| | ) | |
| KEVIN MOOSMAN | ) | |
| | | |
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 3:05cr207 |
| vs. | ) | |
| | ) | |
| OMAR NOBLES | ) | |
| | | |
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 3:05cr235 |
| vs. | ) | |
| | ) | |
| RONALD RHODES | ) | |

**ORDER**

**THIS MATTER** is before the Court on Defendants' Motion For Admission *Pro Hac Vice* of William R. Terpening, who recently joined the firm of Shumaker, Loop & Kendrick, LLP.

(Case No. 3:06cr186 Doc. No. 10).  For the reasons stated in the motion, the Court finds good cause to waive the $100.00 admission fee in each case referenced above pending Mr. Terpening's comity admission to the North Carolina bar.

    **IT IS, THEREFORE**, **ORDERED** that the motion is **GRANTED**.

Signed: September 6, 2006

Robert J. Conrad, Jr.
Chief United States District Judge